# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

m 98-41442

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

VICTOR HUGO CORTEZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
(B-98-CR-272-1)

August 30, 2000

Before SMITH and DENNIS, Circuit Judges, and HARMON, District Judge.[*]

PER CURIAM:[**]

Victor Cortez appeals the sentence imposed following his plea of guilty of possession with intent to distribute marihuana. We have examined the briefs and pertinent portions of the record and have heard the arguments of counsel. We find no reversible error in the sentence that was imposed.

Specifically, there was no error in including earlier marihuana offenses as relevant conduct. The court properly enhanced the sentence because of Cortez's role as a leader, organizer, or manager. The court did not err in refusing a downward adjustment for acceptance of responsibility.

AFFIRMED.

[*] District Judge of the Southern District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.